IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01060-BNB

JAMIE DAVIS,

    Plaintiff,

v.

MARK KELLAR, individually and [in] his official capacity as Health Services
    Administrator at FCI Florence,
LISA MCDERMOTT, individually and in her official capacity as Assistant Health
    Services Administrator,
PETER BLUDWORTH, Associate Warden, individually and in his official capacity,
DR. DAVID ALLRED, individually and in his official capacity as Clinical Director
    at FCI Florence,
DR. GEORGE SANTINI, individually and in his official capacity as Staff Physician
    at FCI Florence,
PA CARI RITTER, individually and in her official capacity as mid-level provider
    at FCI Florence,
PA A. VINYARD, individually and in her official capacity as mid-level provider
    at FCI Florence,
MIKE GOODIN, individually and in his official capacity as Chief Pharmacist
    at FCI Florence,
GILBERTA TRUJILLO, individually and in her official capacity as Medical Secretary, and
RN S. HENRICKS, individually and in her official capacity as Registered Nurse
    at FCI Florence,

    Defendants.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D.

Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 11, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge