IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-01060-MSK-MJW

JAMIE DAVIS,

Plaintiff(s),

v.

MARK KELLAR, Individually and in his official capacity as Health Services Administrator at FCI Florence,
LISA MCDERMOTT, Individually and in her official capacity as Assistant Health Services Administrator,
PETER BLUDWORTH, Associate Warden, Individually and in his official capacity,
DR. DAVID ALLRED, Individually and in his official capacity as Clinical Director at FCI Florence,
DR. GEORGE SANTINI, Individually and in his official capacity as Staff Physician at FCI Florence,
PA CARI RITTER, Individually and in her official capacity as mid-level provider at FCI Florence,
PA A. VINYARD, Individually and in her official capacity as mid-level provider at FCI Florecence,
MIKE GOODIN, Individually and in his official capacity as Chief Pharmacist at FCI Florence,
GILBERTA TRUJILLO, Individually and in her official capacity as Medical Secretary, and
RN S. HENDRICKS, Individually and in her official capacity as Registered Nurse at FCI Florence,

Defendant(s).

ORDER SETTING STATUS CONFERENCE
FOR
PRO SE PLAINTIFF(S)

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case, entered by Judge Marcia S. Krieger on June 21, 2012.

IT IS HEREBY ORDERED that a Status Conference shall be held on:

> September 18, 2012,
> at 10:30 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF(S) SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

FURTHER, it is ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

TO THE CASE MANAGER/
INMATE COORDINATOR OF JAMIE DAVIS:
FCI Florence
P.O. Box 6000
Florence, CO 81226

FURTHER, it is ORDERED that the Plaintiff shall appear telephonically and the plaintiff's case manager shall make the appropriate arrangements to permit his attendance at the Status Conference and shall contact the court by calling the Court at (303) 844-2403.

FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiff(s) shall:

1. Show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute on any unserved defendant(s);

2. Inform this court on whether you intend to retain legal counsel. If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

3. Become familiar with the following Rules: (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence. These sets of rules shall apply in this case.

      Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

      Done and signed this 3rd day of July, 2012.

      BY THE COURT:

      <u>s/Michael J. Watanabe</u>
      MICHAEL J. WATANABE
      United States Magistrate Judge