IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01060-MSK-MJW

JAMIE DAVIS,

Plaintiff(s),

v.

MARK KELLAR, Individually and in his official capacity as Health Services Administrator at FCI Florence,
LISA MCDERMOTT, Individually and in her official capacity as Assistant Health Services Administrator,
PETER BLUDWORTH, Associate Warden, Individually and in his official capacity,
DR. DAVID ALLRED, Individually and in his official capacity as Clinical Director at FCI Florence,
DR. GEORGE SANTINI, Individually and in his official capacity as Staff Physician at FCI Florence,
PA CARI RITTER, Individually and in her official capacity as mid-level provider at FCI Florence,
PA A. VINYARD, Individually and in her official capacity as mid-level provider at FCI Florecence,
MIKE GOODIN, Individually and in his official capacity as Chief Pharmacist at FCI Florence,
GILBERTA TRUJILLO, Individually and in her official capacity as Medical Secretary, and
RN S. HENDRICKS, Individually and in her official capacity as Registered Nurse at FCI Florence,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the defendants' Motion to Stay Discovery (Docket No. 34) is granted.  Discovery in this matter is stayed pending a resolution of the pending motion to dismiss (Docket No. 24).

Date: November 9, 2012