IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01060-MSK-MJW

JAMIE DAVIS,

Plaintiff(s),

v.

MARK KELLAR, Individually and in his official capacity as Health Services Administrator at FCI Florence,
LISA MCDERMOTT, Individually and in her official capacity as Assistant Health Services Administrator,
PETER BLUDWORTH, Associate Warden, Individually and in his official capacity,
DR. DAVID ALLRED, Individually and in his official capacity as Clinical Director at FCI Florence,
DR. GEORGE SANTINI, Individually and in his official capacity as Staff Physician at FCI Florence,
PA CARI RITTER, Individually and in her official capacity as mid-level provider at FCI Florence,
PA A. VINYARD, Individually and in her official capacity as mid-level provider at FCI Florecence,
MIKE GOODIN, Individually and in his official capacity as Chief Pharmacist at FCI Florence,
GILBERTA TRUJILLO, Individually and in her official capacity as Medical Secretary, and
RN S. HENDRICKS, Individually and in her official capacity as Registered Nurse at FCI Florence,

Defendant(s).

---
MINUTE ORDER
---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Motion for Extension of Time and Move for Leave to Amend His Pleading to State a FTCA Claim Under 28 U.S.C. § 1346(b)(1) §§2671 et seq. **(Docket No. 59)** and plaintiff's Motion for Appointment of Counsel and Extend time to File Certificate of Review Pursuant to Colo.Rev.Stat. 13-20-602 28 U.S.C. §1346(b)(1) §§2671 et seq. (**Docket No. 60)** are both **denied without prejudice** as premature.

As defendants correctly note (Docket No. 61), the court has not yet granted plaintiff leave to file an amended complaint.  This court has merely made a

2

recommendation to Chief Judge Krieger that the plaintiff be given an opportunity to move for leave to amend his pleading.  (Docket No. 55 at 21).

Date:   August 21, 2013