IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01060-MSK-MJW

JAMIE LEE DAVIS,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Unopposed Motion for Leave to File Second Amended Complaint (Docket No. 111) is granted, and the tendered Second Amended Complaint (Docket No. 111-1) is accepted for filing as of the date of this Minute Order.

Date: November 3, 2014