IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01060-MSK-MJW

JAMIE LEE DAVIS,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Defendant USA shall have up to and including March 27, 2015, to file an response to Plaintiff's Corrected Motion to Modify Scheduling Order (docket no. 121).

      It is FURTHER ORDERED that Plaintiff's Motion to Amend Scheduling Order (docket no. 119) is MOOT and therefore DENIED since Plaintiff has filed a subsequent motion captioned Plaintiff's Corrected Motion to Modify Scheduling Order (docket no. 121) filed on March 13, 2015.

Date: March 16, 2015