IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01060-MSK-MJW

JAMIE LEE DAVIS,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Corrected Motion to Modify Scheduling Order (docket no. 121) is GRANTED finding good cause shown. The Amended Scheduling Order (docket no. 121-1) shall supercede the Scheduling Order (docket no. 31) and is made an Order of Court.

Date: April 6, 2015