**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  12-cv-01060-MSK-MJW          FTR - Courtroom A-502

**Date:**  April 13, 2015                          Courtroom Deputy, Molly Davenport

<u>*Parties*</u>                                    <u>*Counsel*</u>

JAMIE DAVIS,                                       Gail K. Johnson
#06590-030

    Plaintiff(s),

v.

UNITED STATES OF AMERICA,                          Mark S. Pestal

    Defendant(s).

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **MOTION HEARING**
**Court in Session: 11:01 a.m.**
Court calls case.  Appearances of counsel.

The Court raises Plaintiff's Motion to Compel Production of Documents Identified in Defendant's Rule 26(a)(1)(A)(ii) Disclosures [Docket No. 122] for oral argument.

The Court finds that the only remaining issue for consideration is regarding the plaintiff's request for his criminal case records.

**It is ORDERED:**   Plaintiff's MOTION TO COMPEL PRODUCTION OF DOCUMENTS IDENTIFIED IN DEFENDANT'S RULE 26(a)(1)(A)(ii) DISCLOSURES [Docket No. **122**, filed March 13, 2015]  is **DENIED** for those reasons stated on the record.

Hearing concluded.
**Court in recess: 11:14 A.M.**
Total In-Court Time 00:13

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.