IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01060-MSK-MJW

JAMIE LEE DAVIS,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Supplement the Second Motion to Modify Scheduling Order (Docket No. 138) is granted.  It is further

ORDERED that the Second Motion to Modify Scheduling Order (Docket No. 137), as supplemented (Docket No. 138), is granted, finding good cause shown.  The Second Amended Scheduling Order shall be entered as an Order of the court.

Date: August 11, 2015